**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #: _____                │
│ DATE FILED: __  4/5/2022          │
└──────────────────────────────────┘
```

**WAYNE HARPER,**

                                        **Plaintiff,**                          **22-CV-01677 (JMF)**

                    **-against-**                                    <u>**SETTLEMENT CONFERENCE**</u>
                                                                               <u>**ORDER**</u>

**PRINCETON INTERNATIONAL PROPERTIES**
**CORP.,**

                                        **Defendant.**

---------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Honorable Jesse M. Furman's March 2, 2022, Order directed the parties to schedule

a settlement conference to take place at least two weeks before the initial pretrial conference. In

light of the parties' joint letter to the Court on April 1, 2022, the Court will schedule the

settlement conference for Tuesday, May 10, 2022, at 10:00 a.m. In the weeks prior to the

conference, the Court will confirm whether the conference will be held telephonically or in

person. By April 11, 2022, the parties are directed to either confirm the date of the settlement

conference or provide three alternate dates to the Court.

      The parties are directed to review and comply with the Procedures for Cases Referred for

Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's

website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to

engage in good-faith settlement negotiations before the settlement conference and preferably

before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment

Forms, which are to be submitted by Tuesday, May 3, 2022, by email to

Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before

the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        New York, New York
              April 5, 2022